**Order entered March 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-00007-CR**
**No. 05-14-00008-CR**

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court **DENIES** appellant's "motion for unassignment of errors."

/s/  MOLLY FRANCIS
    JUSTICE